# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEZANUR RAHAMAN, et al.,** : | |
|     **Plaintiffs,** : | |
| : | |
| **v.** : | Civ. No. 25-cv-3032 |
| : | |
| **GENERAL MOTORS, LLC** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this 24th day of June, 2025, upon consideration of the Defendant's Unopposed Motion to Transfer to the Eastern District of Michigan (Doc. No. 7), and for the reasons I stated in my Transfer Order in <u>McNamara v. Gen. Motors, LLC</u>, No. 25-cv-2410 (E.D. Pa. June 16, 2025), ECF No. 19, it is hereby **ORDERED** that:

1. The Motion (Doc. No. 7) is **GRANTED**.

2. The **CLERK of the COURT shall TRANSFER** this case to the United States District Court for the Eastern District of Michigan.

3. The **CLERK of the COURT** shall **CLOSE** this case.

                                             **AND IT IS SO ORDERED:**

                                             */s/ Paul S. Diamond*
                                             _____

                                             Paul S. Diamond, J.